**76** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH DICK, Appellant. [852 NYS2d 334]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 21, 2005, convicting him of manslaughter in the first degree, assault in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentencing.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's summation deprived him of a fair trial is unpreserved for appellate review, since the defendant failed to object or raised only general objections to the prosecutor's summation remarks (*see* CPL 470.05 [2]; *People v Tonge,* 93 NY2d 838 [1999]; *People v Almonte,* 23 AD3d 392, 394 [2005]; *People v Martinez,* 17 AD3d 484, 485 [2005]). In any event, most of the challenged remarks were fair comment on the evidence, permissible rhetorical comment, or responsive to the defense counsel's summation (*see People v Ashwal,* 39 NY2d 105, 109-110 [1976]; *People v Carter,* 36 AD3d 624 [2007]; *People v Martinez,* 17 AD3d at 485; *People v Rhodes,* 11 AD3d 487, 488 [2004]; *People v Valdes,* 291 AD2d 513, 514 [2002]). "To the extent that the prosecutor may have exceeded the bounds of permissible rhetorical comment, any error was harmless" (*People v Carter,* 36 AD3d 624, 624 [2007]; *see People v Crimmins,* 36 NY2d 230 [1975]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Spolzino, J.P., Santucci, Angiolillo and Carni, JJ., concur.